

EXHIBIT A

# Customer Service Specialist

Finance and Accounting CUSTO70969

# Posting Details

- Posted: February 25, 2020
- Closed: June 4, 2020
- Full-Time

- Locations
  AR SHARED SERVICE CENTER
  FORT SMITH, AR, USA

# Job Details

## Description

**ESSENTIAL JOB FUNCTIONS:**

- Communicates with all parties in a professional manner and provides explanations regarding the account(s)
- Analyze patient accounts for complete insurance information to ensure the filing of insurance is correct
- Contact patients regarding payment arrangements on balance due accounts
- Perform collections calls and send collection notices on a systematic basis as accounts are resolved by review date(s)
- Answer incoming calls within company established guidelines to provide prompt and courteous service to callers
- Assist callers and or walk ins with questions on accounts either from the patient, payor or attorney
- Review accounts involved in third party liability to ensure liens and probates are filed and updated
- Serve as a resource to assist patients with financial assistance options

- Handles all incoming phone calls and daily correspondence
- Works daily DAR follow-up report thoroughly and completed by end of day
- Works daily correspondence thoroughly as well as notifying appropriate staff member of any problematic issues
- Updates DAR and PULSE of any changes
- Ensures UB92 and EOB match and all information is correct.
- Adheres to compliance and billing policy and procedures as well as Federal and State

- Submits hard copy claims daily to secondary insurances with proper documentation in DAR.
- Works Medicare Crossover report documenting DAR, appropriate billed status and F/C
- Process mail daily and documents information in ClaimIQ regarding contents such as medical records requested or accident information needed
- Maintain work queue in ClaimIQ daily to ensure timely follow up
- Research account specifics to complete necessary follow up actions
- Documents timely, complete and accurate actions in ClaimIQ/DAR
- Attend in-services, education sessions and department meetings as scheduled
- Performs other duties as assigned
- This is a Safety Sensitive Position.

### EDUCATION, SKILLS & EXPERIENCE:

- High school diploma or equivalent
- Working knowledge of the revenue cycle
- Working knowledge of medical terminology and/or insurance claim filing experience
- Detail oriented, analytical and ability to problem solve
- Excellent written and oral communication skills
- Working knowledge of Microsoft Word and Excel or equivalent

# Qualifications

## Education

**Required**

High School or better.